From: Israel Angeles Moctezuma
Register # 76035-097
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

RECEIVED
JUN 03 2022
BY MAIL

May 30-2022

To: Clerk of U.S. District Court
111 S. 10th Street
St. Louis, MO 63102

Case No. 4:19-CV-2858 CDP

Dear Clerk:

At this time, I am requesting a copy of the Documents.

- Criminal Docket Sheet

If there is a cost for the Documents, please advise me of such so I can have the necessary funds forwarded to your office.

Thank you for your time

By Israel Angeles Moctezuma
— Israel: Angeles - Moctezuma Principal
— DOB - 11-23-1976

Israel Angeles Moctezuma
Register # 76035-097
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

SANTA BARBARA CA  931
31 MAY 2022 PM 1 L



**RECEIVED**
JUN 0 3 2022
**BY MAIL**

◇76035-097◇
Clerk Of Us District Court
111 S 10TH ST
Saint Louis, MO 63102
United States

63102-112325